**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Spearing Services, Ltd., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:05-cv-062 |
| Billings County, | ) | |
| | ) | |
| Defendant. | ) | |

_____

On July 18, 2006, the parties filed a Stipulation for Dismissal with Prejudice.  The court

**ADOPTS** the parties stipulation (Docket No. 18) and **ORDERS** that the above-entitled action be

dismissed with prejudice and without costs to any party.

Dated this 19th day of June, 2006.


/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge